ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: holly.walker@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS M. WIECZOREK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BAYVIEW LOAN SERVICING, LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No.: 2:20-cv-00944-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BANK OF AMERICA, N.A. AND BAYVIEW LOAN SERVICING, LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**<br><br>**(First Request)** |

Nicholas M. Wieczorek (**Plaintiff**), Bank of America, N.A. (**BANA**), and Bayview Loan Servicing, LLC (**Bayview**) request the court to grant an extension of time for BANA and Bayview to answer or otherwise respond to Plaintiff's verified complaint, up to and including July 24, 2020.

1. Plaintiff filed the verified complaint on May 27, 2020. (ECF No. 1.)

2. BANA and Bayview have recently retained counsel, and they require additional time to answer or otherwise respond to the verified complaint.

///

///

///

///

53556231;1

3. The parties stipulate to extend the deadline for BANA and Bayview to answer or otherwise respond to Plaintiff's verified complaint, up to and including July 24, 2020.

DATED: June 18, 2020.

| **AKERMAN LLP** | **CLARK HILL PLLC** |
|---|---|
| */s/ Holly E. Walker, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> HOLLY E. WALKER, ESQ. <br> Nevada Bar No. 14295 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Nicholas M. Wieczorek, Esq.* <br> NICHOLAS M. WIECZOREK, ESQ. <br> Nevada Bar No. 6170 <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, Nevada 89169 <br><br> *Attorney for Plaintiff* |

**WRIGHT FINLAY & ZAK, LLP**

*/s/ Darren T. Brenner, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
RAMIR M. HERNANDEZ, ESQ.
Nevada Bar No. 13146
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

*Attorneys for Bayview Loan Servicing, LLC*

**IT IS SO ORDERED.**

DATED: June  19 , 2020.

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:20-cv-00944-GMN-DJA

53556231;1