NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:      (702) 862-8300
Facsimile:      (702) 862-8400
Email:          NWieczorek@ClarkHill.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nicholas M. Wieczorek, an individual,<br><br>                          Plaintiff,<br><br>v.<br><br>Bank of America, N.A.; Bayview Loan Servicing, LLC, a Foreign Limited-Liability Company,<br><br>                          Defendants. | Case No.: 2:20-cv-00944-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES AND REPLIES TO MOTIONS TO DISMISS**<br><br>**FIRST REQUEST** |

Plaintiff Nicholas M. Wieczorek, through and on behalf of himself, and counsel for Defendants Akerman LLP on behalf of Defendant Bank of America and Wright, Finlay & Zak, LLP on behalf of Bayview Loan Services, LLC, hereby respectfully submit this stipulation and order extending the time for further briefing to the motions to dismiss and joinder to motion to dismiss filed by the Defendants on July 24, 2020 (ECF Nos. 13, 14 and 15). A response is currently due on August 7, 2020. An extension is requested up through and including August 17, 2020 for Plaintiff to file a response to allow the parties time to discuss potential settlement of the above-captioned matter. Replies will be filed on August 24, 2020.

This stipulation is made in accordance with LR 6-1, LR 6-2 and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file responses and replies to this motion and

. . . . .

. . . . .

the parties stipulate and agree to extend the time to Monday, August 17, 2020 for responses and Monday, August 24, 2020 for replies.

DATED this 5th day of August, 2020.

**CLARK HILL PLLC**                                **AKERMAN LLP**

By /s/ Nicholas M. Wieczorek                       By /s/ Holly E. Walker
  NICHOLAS M. WIECZOREK                               HOLLY E. WALKER
  Nevada State Bar No. 6170                           Nevada Bar No. 14295
  3800 Howard Hughes Parkway, Suite 500               ARIEL E. STERN
  Las Vegas, Nevada 89169                             Nevada Bar No. 8276
  Telephone: (702) 862-8300                           MELANIE D. MORGAN
  Facsimile: (702) 862-8400                           Nevada Bar No. 8215
  Email: NWieczorek@ClarkHill.com                     1635 Village Center Circle, Suite 200
  Attorney for Plaintiff                              Las Vegas, Nevada 89134
                                                      Telephone: (702) 634-5000
                                                      Facsimile: (702) 380-8572
                                                      Email: holly.walker@akerman.com
                                                      Email: ariel.stern@akerman.com
                                                      Email: melanie.morgan@akerman.com

WRIGHT, FINLAY & ZAK, LLP

By /s/ Darren T. Brenner                            **IT IS SO ORDERED.**
  DARREN T. BRENNER
  Nevada Bar No. 8386                                Dated this __5__ day of August, 2020.
  RAMIR M. HERNANDEZ
  Nevada Bar No. 13146
  7785 West Sahara Avenue, Suite 200
  Las Vegas, Nevada 89117
  Telephone: (702) 475-7964                          _____
  Facsimile: (702) 946-1345                          Gloria M. Navarro, District Judge
  Email: dbrenner@wrightlegal.net                    UNITED STATES DISTRICT COURT
  Email: rhernandez@wrightlegal.net