ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: holly.walker@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS M. WIECZOREK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BAYVIEW LOAN SERVICING, LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No.: 2:20-cv-00944-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES AND REPLIES TO MOTIONS TO DISMISS**<br><br>**SECOND REQUEST** |

Nicholas M. Wieczorek (**Plaintiff**), Bank of America, N.A. (**BANA**), and Bayview Loan Servicing, LLC (**Bayview**) request the court to extend the time for further briefing to the motions to dismiss and joinder to motion to dismiss filed on July 24, 2020. (ECF Nos. 13, 14, and 15.)  A response is currently due on August 17, 2020.  An extension is requested up through and including August 24, 2020 for Plaintiff to file a response to allow the parties additional time to discuss potential settlement of the above-captioned matter.  Replies will be filed on August 31, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

54232579;1

This is the second request for an extension of time to file responses and replies to these motions. This stipulation is brought in good faith and not for purposes of delay.

DATED: August 17, 2020.

| **AKERMAN LLP** | **CLARK HILL PLLC** |
|---|---|
| */s/ Holly E. Walker, Esq.* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> HOLLY E. WALKER, ESQ. <br> Nevada Bar No. 14295 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Nicholas M. Wieczorek, Esq.* <br> NICHOLAS M. WIECZOREK, ESQ. <br> Nevada Bar No. 6170 <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, Nevada 89169 <br><br> *Attorney for Plaintiff* |

**WRIGHT FINLAY & ZAK, LLP**

*/s/ Darren T. Brenner, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
RAMIR M. HERNANDEZ, ESQ.
Nevada Bar No. 13146
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

*Attorneys for Bayview Loan Servicing, LLC*

**IT IS SO ORDERED.**

Dated this  17  day of August, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

54232579;1