NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:   (702) 862-8300
Facsimile:   (702) 862-8400
Email:       NWieczorek@ClarkHill.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nicholas M. Wieczorek, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Bank of America, N.A.; Bayview Loan Servicing, LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No.: 2:20-cv-00944-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Nicholas M. Wieczorek ("Plaintiff"), and Defendants BANK OF AMERICA, N.A. and BAYVIEW LOAN SERVICING, LLC ("Defendants"), through their respective counsel, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice as to all parties, in accordance

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

with Fed. R. Civ. P. 41 (a)(2).  Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: October 29, 2020.

| CLARK HILL, PLLC | AKERMAN, LLP |
|---|---|

Dated this 29th day of October, 2020.     Dated this 29th day of October, 2020.

By: /s/Nicholas Wieczorek

Nicholas Wieczorek
Nevada Bar No. 6170
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: nwieczorek@clarkhill.com

Plaintiff Pro Se

By: /s/ Holly E. Walker

Holly E. Walker
Nevada Bar No. 14295
1635 Village Center, Suite 200
Las Vegas, NV 89169
Tel: (702) 634-5005
Fax: (702) 380-8572
Email: holly.walker@akerman.com

Attorney for Defendant Bank of America, N.A.

WRIGHT FINLAY & ZAK

Dated this 29th day of October, 2020.

By: /s/ Darren T. Brenner

Darren T. Brenner
Nevada Bar No. 8386
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Tel: (702) 475-7964
Fax: (702) 946-1345
Email: dbrenner@wrightlegal.net

Attorney for Defendant Bayview Loan Servicing, LLC

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE

October 29, 2020
DATE